UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN RAMOS, *et al.*,

                Plaintiffs,

-v-

GUABA DELI GROCERY CORP., *et al.*,

                Defendants.

20 Civ. 4904 (PAE) (JLC)

ORDER

PAUL A. ENGELMAYER, District Judge:

    By separate order issued today, the Court has amended its referral of this case to the Hon. James L. Cott, Magistrate Judge, to include a referral for a report and recommendation on plaintiffs' proposed summary judgment motion. The Court accordingly directs plaintiffs to address their letter for a pre-motion conference to Judge Cott.

    The Clerk of Court is respectfully directed to terminate the motion pending at docket 23.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 18, 2021
       New York, New York