# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
EDWIN OMAR RAMOS, RAYNIEL VARGAS,
and ANTHONY CRUZ,

                    Plaintiffs,                  20 **CIVIL** 4904 (PAE) (JLC)

         -against-                            **<u>JUDGMENT</u>**

GUABA DELI GROCERY CORP. *d/b/a*:
GUABA DELI, JOSE CASTILLO,
LUIS RIVERA, and DAISY GUABA,

                    Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 29, 2021, Plaintiff's motion for summary judgment is granted. Judgment is entered against Defendants Guaba Deli Grocery Corp. *d/b/a* Guaba Deli, Luis Rivera, and Daisy Guaba (but not Jose Castillo) in the following amounts:

      $96,965.50 for Ramos, plus nine percent prejudgment interest on a balance of $43,482.75 from May 4, 2019 until the date that judgment is entered, in the amount of $10,089.19 for a total sum of $107,054.69;

      $56,200 for Vargas, plus nine percent prejudgment interest on a balance of $23,100 from July 17, 2018 until the date that judgment is entered, in the amount of $7,074.39 for a total sum of $63,274.30, and;

      $60,900 for Cruz, nine percent prejudgment interest on a balance of $25,450 from June 15, 2019 until the date that judgment is entered in the amount of $5,630.45 for a total sum of $66,530.45.

      Plaintiffs are entitled to post-judgment interest on all sums awarded, including attorneys' fees and costs, commencing when judgment is entered until the date of payment, pursuant to 28 U.S.C. § 1961.

**Dated:**  New York, New York
November 30, 2021

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                     **BY:**
                                              **Deputy Clerk**