UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN OMAR RAMOS ET AL.,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　　　　-v-<br><br>GUABA DELI GROCERY CORP. ET AL.,<br><br>　　　　　　　　　　　　Defendants. | 20 Civ. 4904 (PAE) (JLC)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On November 29, 2021, the Honorable James L. Cott, United States Magistrate Judge, to whom this case is referred, granted plaintiffs' motion for summary judgment. Dkt. 43. On March 1, 2022, Judge Cott granted plaintiffs' motion for attorneys' fees. Dkt. 52. Accordingly, as there are no outstanding issues before this Court, the Court respectfully directs the Clerk of Court to terminate any outstanding deadlines and close this case.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: July 28, 2023
　　　　New York, New York